

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00223-CR

## IN RE AUGUSTINE CANTU JIMENEZ

## Original Proceeding

# ORDER

Augustine Cantu Jimenez's petition for writ of mandamus was filed on July 5, 2016. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed July 20, 2016

